UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

LISA M. NEMEC,

    Plaintiff,

v.

COMENITY CAPITAL BANK,

    Defendant.

Case No. 1:14-cv-06278

## **STIPULATION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff LISA M. NEMEC, an Individual ("Plaintiff"), through her counsel or record, Thomas W. Toolis of the Jahnke, Sullivan & Toolis, LLC, and Defendant COMENITY CAPITAL BANK ("Defendant"), through its counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss Defendant COMENITY CAPITAL BANK, from the above-entitled action, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

\\\
\\\
\\\

Each party to bear their own costs and expenses.

                                              Respectfully submitted,

Dated: August 26, 2015          s/ Thomas W. Toolis
                                              Thomas W. Toolis
                                              Jahnke, Sullivan & Toolis, LLC
                                              Attorneys for Plaintiff


Dated: August 26, 2015          s/ David J. Kaminski
                                              David J. Kaminski (Pro Hac Vice)
                                              Carlson & Messer LLP
                                              Attorneys for Defendant